```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                    Case No. 09-cr-167-PB

Charles A. Allen, III

### O R D E R

    The defendant has moved, through counsel, to continue the trial scheduled for December 1, 2009 for a period of 60 days to allow time to engage in plea negotiations and to resolve a pending supervised release issue in case no. 99-cr-001-JD.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2009 to February 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 23, 2009 final pretrial conference is continued to January 26, 2009 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 23, 2009

cc: Jeffrey Levin, Esq.
    Clyde Garrigan, AUSA
    United States Probation
    United States Marshal