**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

United States of America

    **v.**                                                         Case No. 09-cr-167-PB

Charles A. Allen, III

**O R D E R**

The defendant has moved, through counsel, to continue the trial scheduled for a period of 30 days citing new counsel and the need for additional time to finalize a negotiated plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to properly prepare for trial or other negotiated disposition, the court will continue the trial from February 2, 2010 to March 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances in this case.

SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

February 2, 2010

cc:  Michael Ramsdell, Esq.
     Clyde Garrigan, AUSA
     United States Probation
     United States Marshal